**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE 360 VIANSA LLC, | No. CV 09-5492 VRW |
| | **ORDER TO RESPOND** |
| _____/ | |

Plaintiff's counsel, John H. MacConaghy and Jean Barnier, are hereby ordered to respond to Defendant National Union's Motion to Withdraw the Reference by 12pm, December 3, 2009.

**IT IS SO ORDERED.**

Dated: November 24, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

C:\Documents and Settings\USDC\Desktop\In re Viansa Order.wpd