IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE 360 VIANSA, LLC.             No. C 09-05492 VRW

_____/     **ORDER SETTING BRIEFING SCHEDULE AND HEARING**

       Because the undersigned will be the general duty judge beginning December 1, plaintiff's counsel shall file their opposition by noon on Wednesday, December 2 and a hearing will be held on the motion to withdraw the reference at 1:30 p.m. on December 4, 2009, in Courtroom 9 of the federal courthouse, located at 450 Golden Gate Avenue, in San Francisco.

**IT IS SO ORDERED.**

Dated: November 30, 2009.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE